UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DAVID C. JOHNSON,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>BANK OF AMERICA, N.A, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 2:15-cv-00652-JCM-PAL<br><br>ORDER |

  Presently before the court is defendant LendingClub Corporation's ("Lending") motion to dismiss. (Doc. # 11). Plaintiff's response was due by October 18, 2015. Plaintiff has not filed a response or sought an extension from the court.

  "To survive a motion to dismiss, a complaint must contain sufficient factual matter, accepted as true, to 'state a claim for relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 129 S. Ct. 1937, 1949 (2009) (quoting *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007)). "Where a complaint pleads facts that are 'merely consistent' with a defendant's liability, it 'stops short of the line between possibility and plausibility of entitlement to relief.'" *Id.* (citing *Bell Atlantic*, 550 U.S. at 557). However, where there are well pled factual allegations, the court should assume their veracity and determine if they give rise to relief. *Id.* at 1950.

Pursuant to Local Rule 7-2, an opposing party must file points and authorities in response to a motion and failure to file a timely response constitutes the party's consent to the granting of the motion and is proper grounds for dismissal. *See* LR IB 7-2(d); *United States v. Warren*, 601 F.2d 471, 474 (9th Cir. 1979). However, prior to dismissal, the district court is required to weigh several factors: "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring

disposition of cases of their merits; and (5) the availability of less drastic sanctions." *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) (citing *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986)).

In light of plaintiff's failure to respond and weighing the factors identified in *Ghazali*, the court finds dismissal of plaintiff's complaint against the moving defendant appropriate.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant LendingClub Corporation's motion to dismiss complaint (doc. # 11) be, and the same hereby is, GRANTED. Plaintiff's complaint against LendingClub Corporation is DISMISSED.

DATED THIS 21st day of October, 2015.

JAMES C. MAHAN  
UNITED STATES DISTRICT JUDGE