UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

DAVID C. JOHNSON,

Plaintiff,

v.

BANK OF AMERICA, N.A., et al.

Defendants.

Case No. 2:15-cv-00652-JCM-PAL

ORDER

Before the court is Plaintiff's Status Report (Dkt. #25) advising the court of the status of settlement between Plaintiff and Defendant Bank of America, N.A.  The notice requests an additional 30 days to submit settlement documents.

**IT IS ORDERED** that that Plaintiff and Defendant Bank of America, N.A. shall have until **January 4, 2016,** to either file a stipulation to dismiss, or alternatively, a **joint** status report with the court advising when the stipulation will be filed.

DATED this 14th day of December, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE