Michael Kind, Esq.
NV Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
NV Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff,*
*David C. Johnson*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID C. JOHNSON, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA, N.A., LENDINGCLUB CORPORATION, and EXPERIAN INFORMATION SOLUTIONS, INC., <br><br> Defendants. | Case No.: 2.15-cv-00652-JCM-PAL <br><br> **STIPULATION OF DISMISSAL OF DEFENDANT BANK OF AMERICA, N.A.** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff David C. Johnson ("Plaintiff") and Defendant Bank of America, N.A. ("BANA") stipulate to dismiss with prejudice Plaintiff's claims against BANA only, in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 4th day of February 2016.

Respectfully Submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**AKERMAN LLP**

By: /s/   Matthew I Knepper
Matthew I Knepper, Esq.
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
*Attorneys for Bank of America, N.A.*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: February 11, 2016

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on February 4, 2016, the foregoing STIPULATION OF DISMISSAL OF DEFENDANT BANK OF AMERICA, N.A. was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117