UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

DAVID C. JOHNSON,

                             Plaintiff,

    v.

BANK OF AMERICA, N.A., et al.

                           Defendants.

Case No. 2:15-cv-00652-JCM-PAL

ORDER

      Before the court is the Notice of Settlement between Plaintiff and Defendant Experian Information Solutions, Inc. (Dkt. #44).   The notice requests 60 days to submit settlement documents.

      **IT IS ORDERED** that that Plaintiff and Defendant Experian Information Solutions, Inc. shall have until **June 28, 2016,** to either file a stipulation to dismiss, or a joint status report with the court advising when the stipulation will be filed.

      **IT IS FURTHER ORDERED** the hearing set for May 12, 2016 is vacated.

      DATED this 9th day of May, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE